MARGARET H. BEDELL v. HARRY ANDERSON and Others.— Motion denied. See section 240 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY SPRINGSTEEL, as Administratrix, etc., of MARY RITA SPRINGSTEEL, Deceased, v. CARROLL S. SMITH, Impleaded with DE LA VERGNE MACHINE COMPANY.— Preference granted for October 14, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DEWEY M. PARKER.— Motion granted and the time of the appellant in which to bring on appeal for argument extended to November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM F. SUTTON.— Motion granted on condition that the record on appeal and appellant's points be filed on or before December 1, 1931, with notice of argument for December 15, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ELEC CUSTER.— Motion granted on condition that the record on appeal and appellant's points be filed on or before November 10, 1931, with notice of argument for December 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICK ANOW (Alias MICHAEL MICHAELSON).— Motion granted on condition that the record on appeal and appellant's points be filed on or before November 17, 1931, with notice of argument for December 2, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BODIAK.— Motion granted on condition that the record on appeal and appellant's points be filed on or before November 4, 1931, with notice of argument for November 19, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRENE C. DEHAEN, as Administratrix, etc., of MATHEW T. LANDY, Deceased, v. ROCKWOOD SPRINKLER COMPANY OF MASSACHUSETTS and Others.— Preference granted for October 14, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY HELENA TOMPKINS, Individually, and Others v. THE CITY OF NEW YORK and Others.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CRISAFI.— Motion granted on condition that the record on appeal and appellant's points be filed on or before October 31, 1931, with notice of argument for November 17, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL SIEGEL.— Motion granted and the time of appellant within which to file his points extended to October 20, 1931, with notice of argument for November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP BEBERMAN.— Motion granted and the time of the appellant within which to file his points extended to October 27, 1931, with notice of argument for November 11, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands